**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Veronica Estella Villarreal,<br><br>      Plaintiff<br><br>v.<br><br>Yard House USA, Inc. dba Yard House, a<br>Foreign Corporation,<br><br>      Defendant | Case No.: 2:26-cv-0232-JAD-EJY<br><br>**Remand Order**<br><br>[ECF No. 7] |

Plaintiff Veronica Estella Villarreal filed this premises-liability action based entirely on state-law claims in Nevada state court. Defendant Yard House USA, Inc. dba Yard House removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship. Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moves to remand. For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 7] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 2, Case No. A-26-936642-C,** and CLOSE THIS CASE.

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 7, 2026